

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2019

No. 04-19-00092-CV

**IN THE INTEREST OF S.L.E., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01712
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On July 12, 2019, appellees filed their joint appellees' brief, which improperly includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.9 (indicating sensitive data, such as the name of any person who was a minor when underlying suit was filed, may not be filed with court and must be redacted).

We therefore **ORDER** that appellees' brief is **STRICKEN**. We further **ORDER** appellees to file an amended appellees' brief in compliance with Texas Rule of Appellate Procedure 9.9 on or before **July 26, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court